**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01640-CV

## IN RE LAKEITH AMIR-SHARIF, Relator

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-09-7655

## ORDER

The Court has before it relator's February 6, 2013 motion for rehearing and request for this Court to take judicial notice of relevant facts. The Court **DENIES** the motion and the request.

/s/    MICHAEL J. O'NEILL
         JUSTICE